UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80029-CR-MARRA/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAZARO GONZALEZ,

    Defendant.

_____/

## ORDER

This matter is before the Court on the defendant's Motion for Disbursement of cash bond. After full consideration of all pertinent matters, it is

**ORDERED AND ADJUDGED** that the defendant's motion is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that the Clerk of this court disburse the bond in the amount of $5,000, plus any accrued interest, to: Hellen Balcarcel, 19615 S. W. 185th Court, Miami, Florida 33187.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 15th day of October, 2008.

                                              KENNETH A. MARRA
                                              UNITED STATES DISTRICT JUDGE

cc:    Financial Deputy Clerk
        Peter Birch, AFPD
        John Kastrenakas, AUSA
        Robert Waters, AUSA